UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

THIRD DIVISION

---

Court File No.: 01 CV 1559 JMR-TCN

Marte Byrne, Michelle Byrne,
individually and parents and natural
guardians of Andrew Byrne,

Plaintiffs,

vs.

ORDER

S. C. Johnson and Son, Inc.,
a Wisconsin Corporation,

Defendant.

---

The parties have submitted a stipulation for dismissal. There was no hearing on the matter. Margaret M. Murphy represented Plaintiffs on the stipulation for dismissal. Lawrence R. King represented Defendants on the stipulation for dismissal.

Based on this submission it is ordered that this case be dismissed without prejudice.

Dated: December 7, 2001

By: ______________________
The Honorable James M. Rosenbaum
U.S. District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
DEC 17 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS ______

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Marte Byrne, Michelle Byrne, individually and parents and natural guardians of Andrew Byrne,

Plaintiffs.

vs.

S.C. Johnson and Son, Inc.

Defendant.

Civil No. 01–1559 JMR/FLN

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

IT IS HEREBY stipulated and agreed by and between the parties to the above–entitled matter, to dismiss this action without prejudice and to refile in State Court. Plaintiffs in this action, Marte, Michelle and Andrew Byrne and Defendant S.C. Johnson and Son, Inc. agree as follows:

1. Plaintiffs agree that when they refile this matter, they will file in State Court in Anoka County, Minnesota, and that the only Defendant will be S.C. Johnson and Son, Inc.

2. Plaintiffs further agree that they will not seek to add any other defendants at any time.

3. S.C. Johnson will agree not to remove the case to Federal District Court.

4. S.C. Johnson will agree that if this case is tried, S.C. Johnson will not seek to have any percentage of fault apportioned to any other defendants.

Dated: 12/4, 2001

**MAGNUSON LAW FIRM**

Margaret M. Murphy (#271846)
333 North Main Street, Suite 202
P.O. Box 438
Stillwater, MN 55082–0438
(651) 439–9464 main
(651) 439–5641 fax

ATTORNEYS FOR PLAINTIFFS

Dated: 11/20, 2001

**LARSON • KING, LLP**

Lawrence R. King (#55827)
Shawn M. Raiter (#240424)
1500 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102
(651) 312–6500 main
(651) 312–6618 fax

ATTORNEYS FOR DEFENDANT