UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Marte Byrne, Michelle Byrne,
Individually and parents and natural
Guardians of Andrew Byrne,

Plaintiffs,

vs.

S.C. Johnson and Son, Inc.,

Defendant.

Civil No. 01-1559 JMR/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to any party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

MAGNUSON LAW FIRM

Dated: March 12, 2002.

By Margaret M. Murphy
Margaret M. Murphy (#271846)
The Desch Office Building, Suite 202
333 North Main Street
Stillwater, MN 55082
Telephone: (651) 439-9464

**ATTORNEYS FOR PLAINTIFFS**

FILED
RICHARD D. SLETTEN, CLERK
MAR 19 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

LARSON • KING, LLP

Dated: MARCH 15, 2002.

By: [signature]
Lawrence R. King (#55827)
2800 MN World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618

BERKOWITZ, FELDMILLER, STANTON, BRANDT, WILLIAMS & SHAW, LLP

Thomas P. Schult (#29986)
Two Emanuel Cleaver II Boulevard
Suite 500
Kansas City, MO 64112
Telephone: (816) 561-7007
Facsimile: (816) 561-1888

**ATTORNEYS FOR DEFENDANT S.C. JOHNSON AND SON, INC.**

**ORDER**

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed with prejudice on the merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: March 18, 2002.

[signature]
Judge of U.S. District Court

lk_library:41312.1